UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF KATHERINE FIELDS; HASANI U. FIELDS; ILLINOIS DEPARTMENT OF HEALTH AND FAMILY SERVICES; BANK OF AMERICA, N.A; UNKNOWN HEIRS AND LEGATEES OF KATHERINE FIELDS; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; Kim <br><br> Defendants. | Case No.: 14-cv-3000 <br><br> Judge: Edmond E. Chang <br><br> Magistrate Judge: Young B. |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on November 20, 2014, and on the following non-ECF filers by first class mailing November 21, 2014:

William Butcher, Special Representative
for the Estate Of Katherine Fields
2044 Ridge Road
Homewood, IL 60430

Bank of America, N.A.
Quarles & Brady LLP
300 N. LaSalle St., Suite 4000
Chicago, IL 60654

Hasani U. Fields
4223 Spokane Ave.
Cleveland, OH 41109

Illinois Department of Health Care and Family Services
401 South Clinton Street
Chicago, IL 60607

Unknown Heirs and Legatees of Katherine Fields
225 West 113th Street
Chicago IL 60628

Unknown Owners and Non-Record Claimants.
225 West 113th Street
Chicago, IL 60628

                                             *s/Caleb J. Halberg*
                                             CALEB J. HALBERG
                                             Attorney for the United States
                                             223 W. Jackson Blvd., Suite 610
                                             Chicago, IL 60606
                                             (312) 263-0003
                                             chalberg@potestivolaw.com